UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
HANSEL A. MARMOL,                                           16-CV-7520 (GBD) (DCF)

                    Plaintiff,

          -against-

MMMSG, INC. d/b/a/ HIDE CHAN RAMEN,
RYUICHI MUNEKATA, and HIDETO KAWAHARA,

                    Defendants.
-----------------------------------------------------------------------X

<u>MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE</u>

          Plaintiff, Hansel A. Marmol, by and through his counsel of record, Neil H. Greenberg &

Associates, P.C., moves this Honorable Court for an Order:

          1. Approving the settlement of this action; and

          2. Dismissing this action with prejudice.

          This motion is based on the memorandum in support and the fully executed settlement

agreement.

Dated: Massapequa, New York
          March 28, 2017

                              Respectfully submitted,


                              Justin M. Reilly, Esq.
                              Neil H. Greenberg & Associates, P.C.
                              Attorneys for the Plaintiff
                              4242 Merrick Road
                              Massapequa, New York 11758
                              (516) 228-5100